957 A.2d 232

The Honorable Joan ORIE MELVIN, Appellant

v.

The Honorable Robin L. WIESSMANN, State Treasurer of the Commonwealth of Pennsylvania,[1] and the Administrative Office of Pennsylvania Courts, Appellees.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.